# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-60231-CR-RKA

UNITED STATES OF AMERICA

v.

ALAN HEIDE,

   Defendant.

_____/

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-60258-CR-BB

UNITED STATES OF AMERICA

v.

JAN DOUGLAS ATLAS,

   Defendant.

_____/

## MOTION TO TRANSFER CASES TO SINGLE JUDGE

The United States of America respectfully files this Motion to Transfer Cases to Single Judge, regarding *United States v. Alan Heide*, No. 19-60231-CR-RKA, pending before Judge Altman; and *United States v. Jan Douglas Atlas*, No. 19-60258-CR-BB, pending before Judge Bloom. Both cases arose from an investigation of fraud perpetrated through 1 Global Capital LLC ("1 Global") and related entities. Given the enormous factual overlap in the subject matter of these cases; the complexity of the investigation from which they arose; and the fact that both cases

involve the same set of approximately 3,600 investor victims, judicial economy militates in favor of transferring the cases such that they are before a single judge.  Moreover, the United States anticipates that additional defendants will be charged as the investigation progresses, and that considerable judicial resources may be conserved if, going forward, a single judge is chosen to preside over all 1 Global-related cases.  The United States takes no position as to which judge should be assigned; its only interest is in having the cases before the same judge.  For the reasons set forth more fully below, the United States respectfully requests that its motion be granted.

## ARGUMENT

Prior to the initiation of these criminal cases, the Securities and Exchange Commission ("SEC") filed a complaint for injunctive and other relief in *SEC v. 1 Global, et al.*, Case No. 18-cv-61991-BB, before Judge Bloom.  There is a great deal of factual overlap in the criminal investigation and the civil securities action, including regarding issues arising from 1 Global's misrepresentations to investors; the former CEO of 1 Global's diversion of fraud proceeds; and improper classifications of 1 Global's notes as securities.  In sum, both the SEC and the Department of Justice's investigation revealed that 1 Global was used to perpetrate a multi-faceted securities fraud and *Ponzi* scheme that victimized at least 3,600 investors across the country.

The United States first filed a criminal action against the former Chief Financial Officer ("CFO") of 1 Global, Alan Heide ("Heide").  On August 23, 2019, Heide pled guilty, and he is currently scheduled to be sentenced by Judge Altman on December 13, 2019 (D.E. 11, 12).   As set forth in his signed factual proffer (D.E. 11), Heide participated in providing false and misleading statements to investors as to the financial health of 1 Global, including by making statements that gave the false impression that 1 Global had an independent auditor vetting its financials and rate of return.  Heide also made misrepresentations to investors that concealed

2

material risks including, but not limited to, 1 Global's mounting cash shortfall, which caused 1 Global to operate in a manner consistent with a *Ponzi* scheme. Likewise, Heide was privy to, and facilitated, the manner in which Individual #1, the former Chairman and CEO of 1 Global, transferred investor funds to himself and his family members, for their personal use and benefit, and for furthering their lavish lifestyle.

Thereafter, on September 17, 2019, the United States filed an information charging Jan Douglas Atlas ("Atlas"), an attorney who acted as outside counsel for 1 Global, with securities fraud, in violation of Title 15, United States Code, Sections 77q(a) and 77x, and Title 18, United States Code, Section 2. As alleged in that matter, Atlas furthered the fraud at 1 Global by, among other means, authoring two legal opinion letters that were not based on real facts, but instead drafted to provide false legal cover to 1 Global, to allow them to continue to profit from the offering and sale of unregistered securities, and from the company's failure to disclose material risks to the ever-growing number of 1 Global investors. At the time he drafted the letters, Atlas knew that various aspects of how the 1 Global investment actually worked were omitted or described inaccurately in them, in order to achieve the opinion that Individual #1, the former Chairman and CEO of 1 Global, and other co-conspirators, desired.

To be sure, Heide and Atlas served distinct roles in the 1 Global fraud, but they both ultimately took direction from, and reported to, Individual #1. There is large factual overlap in the subject matter gave rise to their criminal cases; there is large factual overlap in the identity of the unindicted co-conspirators with whom Heide and Atlas engaged; and there is a large factual overlap in the identity of the victims, given that their conduct harmed the same 1 Global investors.

The United States anticipates that, as the investigation continues to progress, additional defendants will be charged in the Southern District of Florida, and that each of these cases –

however resolved – will likely involve contested sentencing issues, including, but not limited to, complex restitution issues that will impact the same group of victims.  Given the complexity of the restitution and forfeiture issues that will arise as each defendant is sentenced, additional judicial economy gains will be realized if the same judge is assigned to all of these matters.  Assigning the same judge will also help to prevent unwarranted sentencing disparities down the line, as, again, the United States anticipates that it will charge multiple additional co-conspirators in this District.

Accordingly, the United States respectfully moves to transfer these matters so that all 1 Global criminal matters can be heard by the same presiding judge.[1]  The United States takes no position as to which judge should hear these cases; rather, its interest is in having all 1 Global related cases before a single judge.  Therefore, it is respectfully requested that *United States v. Jan Douglas Atlas* be transferred to Judge Altman, who, as mentioned above, currently presides over *United States v. Alan Heide*, the lower-numbered similar action; or, in the alternative, that the case before Judge Altman, *United States v. Alan Heide*, be transferred to Judge Bloom, who, although presiding over the higher-numbered action, *United States v. Jan Douglas Atlas*, also presided over the 1 Global SEC matter.

## **LOCAL RULE 88.9 CERTIFICATION**

The United States has consulted counsel for Defendant Heide, Roger Cabrera, Esq., and counsel for Defendant Atlas, Margot Moss, Esq., each of whom, respectively, indicated that they take no position on this issue.

---

[1]     When future criminal actions are filed, the United States intends to file similar motions to transfer the cases.

Dated: September 26, 2019

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    _s/ Jerrob Duffy_
      JERROB DUFFY
      Assistant United States Attorney
      Court ID No. A5501106
      Jerrob.Duffy@usdoj.gov
      United States Attorney's Office
      Southern District of Florida
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9273
      Fax: (305) 530-6168

      LISA H. MILLER
      Assistant United States Attorney
      Court ID No. A5502054
      Lisa.Miller@usdoj.gov
      United States Attorney's Office
      Southern District of Florida
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9312
      Fax: (305) 530-6168